SIMONE BERTOLLINI
Attorney ID: NJ046
609 Franklin Ave
Nutley, NJ 07110
Tel: (973) 750-8922
*Attorney for Petitioners*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| PARANTAP ROY,<br>A# 208620891<br>217 Ada Ave, Apt 5<br>Mountain View, CA 94043<br><br>AJEETA ROY,<br>A# 242044088<br>217 Ada Ave, Apt 5<br>Mountain View, CA 94043<br><br>   Petitioners,<br> v.<br><br>KIKA SCOTT,<br>111 Massachusetts Ave,<br>Washington, DC 20529;<br>CHRISTINA POULOS,<br>2642 Michelle Drive, Tustin, CA 92780;<br><br>   Respondents. | Case No. 1:25-cv-451<br><br>**PETITION FOR A**<br>**WRIT OF MANDAMUS** |

Petitioner, PARANTAP ROY, is a citizen of India with a pending I-485 application for adjustment of status that was filed in April 2022 and premised on an I-526 immigrant investor petition. Petitioner, AJEETA ROY, has applied for adjustment of status as the spouse of Parantap Roy. After more than 16 years living in the U. S. on

various non-immigrant visas, and years after investing $900,000 into a USCIS-approved regional center, Mr. Roy is still waiting to become a permanent resident.

## JURISDICTION

This action arises under the United States Constitution and the statutes of the United States, including the Immigration and Nationality Act ("INA"), and the Administrative Procedure Act ("APA").

This Court has subject matter jurisdiction over this matter pursuant to 28 U.S.C. § 1331 (federal question), 28 U.S.C. §§ 2201 and 2202 (declaratory relief) and may review Respondents' actions or omissions under the APA, 5 U.S.C. § 555, 5 U.S.C. § 701 *et seq.*, and the Mandamus Act, 28 U.S.C. § 1361.

## VENUE

Venue is properly laid in the District of Columbia under 28 U.S.C. § 1391(e), because it is a judicial district wherein a respondent in the action resides.

## PARTIES

Petitioner, PARANTAP ROY ("Mr. Roy"), a citizen of India, residing at 217 Ada Ave, Apt 5, Mountain View, CA 94043.

Petitioner, AJEETA ROY ("Mrs. Roy"), a citizen of India, residing at 217 Ada Ave, Apt 5, Mountain View, CA 94043.

Respondent, KIKA SCOTT, the Director of the U.S. Citizenship and Immigration Services, residing at 111 Massachusetts Ave., Washington, DC 20529, which is

responsible for the overall oversight of the agency and to oversee, interpret, and enforce the INA.

Respondent, CHRISTINA POULOS, the Director of the U.S. Citizenship and Immigration Services, California Service Center, residing at 2642 Michelle Drive, Tustin, CA 92780, which is ultimately responsible for the adjudication of applications for adjustment of status pending with the California Service Center.

### STATEMENT OF FACTS

1. Mr. Roy is a citizen of India that first entered the United States on a J-1 Visa on or about February 2009.

2. Mr. Roy later obtained F-1 student status and earned a master's degree in computer science in August 2011.

3. In the following years, Mr. Roy obtained H-1B Visas through various U.S. employers.

4. In February 2021, Mr. Roy made a $900,000 investment into a regional center and filed an I-526 immigrant investor petition.

5. Mrs. Roy originally entered the United States on an H-4 Visa in December 2015 and maintained lawful status since then.

6. In April 2022, Mr. and Mrs. Roy filed an I-485 application for adjustment of status with USCIS based on the underlying I-526 petition.

7. Their I-485 applications have remained pending since then.

8. The USCIS website indicates that employment-based I-485 applications pending with the California Service Center are adjudicated in roughly 26 months.

## EXHAUSTION OF REMEDIES

9. Petitioners have exhausted the administrative remedies to the extent required by law and his only remedy is by way of this judicial action.

10. There is no administrative mechanism to compel USCIS to adjudicate applications for adjustment of status.

## EQUAL ACCESS TO JUSTICE ACT

11. If they prevail, Petitioners will seek attorneys' fees and costs under the Equal Access to Justice Act ("EAJA"), as amended, 5 U.S.C. § 504 and 28 U.S.C. § 2412.

## CLAIMS FOR RELIEF

### COUNT ONE
Writ of Mandamus
(28 U.S.C. § 1361)

12. Petitioners re-allege and incorporate by reference paragraphs 1 through 11 above as if set forth here in full.

13. The Mandamus Act, 28 U.S.C. § 1361, provides that District Courts shall have

jurisdiction over any action in the nature of mandamus and may compel an officer or employee of the United States or any agency thereof to perform a duty owed to a petitioner.

14. Petitioners' claims as set forth in paragraphs 1 through 13 above qualify for mandamus relief because the statutory and Constitutional claims are clear, Respondents' duties are not in doubt, and no other adequate legal remedy is available.

15. Petitioners' applications for adjustment of status have been pending for 34 months and will remain pending indefinitely without this Court's intervention.

## COUNT TWO
Declaratory Judgment
(28 U.S.C. § 2201)

16. Petitioners re-allege and incorporate by reference paragraphs 1 through 15 above as if set forth here in full.

17. The Declaratory Judgment Act, 28 U.S.C. § 2201, *et. seq.*, provides the Court with the authority to declare the rights and other legal relations of any party.

## PRAYER FOR RELIEF

**WHEREFORE**, Petitioners, PARANTAP ROY and AJEETA ROY pray that this Court grant the following relief:

a) Assume jurisdiction over this matter;

b) Declare that Respondents' actions violated the APA and Petitioners' rights under the INA, the Code of Federal Regulations, and the U.S. Constitution;

c) Issue a Writ of Mandamus compelling USCIS to adjudicate Petitioners' I-485 applications for adjustment of status;

d) Award Petitioners reasonable costs and attorneys' fees; and

e) Grant any other and further relief which this Court deems just and proper.

Dated: February 17, 2025					Respectfully submitted,

s/ *Simone Bertollini*
SIMONE BERTOLLINI, ESQ.
Attorney ID: NJ046
609 Franklin Ave
Nutley, NJ 07110
Tel: (973) 750-8922
simone.bertollini@gmail.com
*Attorney for Petitioners*